

FILED

MAY 31 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS GONZALEZ,<br><br>　　　　　　Defendant. | CASE NO. 5:19-MJ-00024-JLT<br><br>[PROPOSED] ORDER RE: REQUEST TO UNSEAL<br><br>**UNDER SEAL** |

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint and arrest warrant shall be unsealed.

Dated: 5/31/19

Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE